UNITED STATES of America, Plaintiff-Appellee,

v.

Jamal H. ALFRED, a/k/a Joshua Al Hall, a/k/a JA, Defendant-Appellant.

No. 16-7163

United States Court of Appeals, Fourth Circuit.

Submitted: December 20, 2016

Decided: December 22, 2016

Jamal H. Alfred, Appellant. Pro Se. Thomas A. O'Malley, Office of the United States Attorney, Charlotte, North Carolina, for Appellee.

Before GREGORY, Chief Judge, and WYNN and FLOYD, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jamal H. Alfred appeals from the district court's order granting his 18 U.S.C. § 3582(c)(2) (2012) motion.* We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. United States v. Alfred, No. 3:03-cr-00017-GCM-1 (W.D.N.C. Dec. 16, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED.

---

* Although the district court granted Alfred's § 3582(c)(2) motion, the reduction granted by the court did not reduce Alfred's sentence to the full extent he requested.